IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael Wayne Odom, ) | C/A No.: 1:14-4861-RBH-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Tom Fox, Director of J. Reuben Long ) | |
| Detention Center; Officer Allsbrook, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Michael Wayne Odom ("Plaintiff"), proceeding pro se and in forma pauperis, brings this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights while incarcerated at J. Reuben Long Detention Center ("JRLDC"). [ECF No. 1]. This matter is before the court on Plaintiff's motion to transfer. [ECF No. 14]. This matter was referred to the undersigned for all pretrial proceedings pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civ. Rule 73.02(B)(2)(d) (D.S.C.).

    In his motion to transfer, Plaintiff alleges that particular inmates are a threat to his safety and he generally requests help. [ECF No. 14]. Plaintiff's motion is now moot because he is no longer incarcerated at JRLDC. On May 22, 2015, Plaintiff filed a notice of a change of address indicating that he is now incarcerated at Kirkland Correctional Institution in the custody of the South Carolina Department of Corrections. [ECF No. 31]. As Plaintiff is no longer incarcerated at JRLDC, his motion for a transfer is now moot. *See Ajaj v. Smith*, 108 F. App'x 743 (4th Cir. 2004) (finding that where inmate seeking equitable relief from conditions at one facility was transferred from that facility to

another institution, his claims were moot); *Williams v. Griffin*, 952 F.2d 820, 823 (4th Cir.1991) (holding that transfer mooted prisoner's claims for injunctive and declaratory relief).

    IT IS SO ORDERED.

*Shiva V. Hodges*

July 24, 2014
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge